UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| TAURUS PT-140 PISTOL | § | |
| | § | |
| Defendant | § | |

# COMPLAINT FOR FORFEITURE IN REM

The United States files this action for forfeiture *in rem* and alleges upon information and belief:

*Nature of the Action*

1. This is an action to forfeit a firearm to the United States pursuant to 18 U.S.C. § 924(d).

*Defendant Property*

2. The Defendant is a Taurus PT-140 Pistol (S.N.: SVF22856) (the "Defendant Firearm").

3. On or about October 25, 2017, law enforcement officers seized the Defendant Firearm from a house located at 7431 Alcomita Drive Houston, Texas, and the Defendant Firearm is being stored in the Houston, Texas Area.

4. Suha Heidami (hereinafter "Heidami") filed a claim to the Defendant Firearm with the United States Drug Enforcement Administration ("DEA"), which has halted the agency's forfeiture proceeding of the Defendant Firearm. Heidami claims that she is the owner of the Defendant Firearm.

5. Defendant Firearm has been shipped or transported in interstate commerce.

*Jurisdiction and Venue*

6. The Court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1345 and 1355.

7. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1355(b)(1), 1391(b), and 1395.

*Statutory Basis for Forfeiture*

8. The Defendant Firearm is subject to forfeiture under 18 U.S.C. § 924(d)(1), which provides for the forfeiture of any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(g). Under 922(g)(3), it is unlawful for a person who is an unlawful user of or addicted to any controlled substance to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

*Facts*

9. On or about October 26, 2017, agents and officers seized pills, pill presses, powdery substances, bottles of unknown liquid, digital scale, grinder, drug paraphernalia,

containers of suspected marijuana, and the Defendant Firearm from Heidami's residence located in Houston, Texas.

10. Heidami was subsequently charged by the State of Texas in Cause No. 156865601010, with Possession to Deliver or Manufacture Controlled Substances.

11. At the time of the search of her residence on or about October 26, 2017, Heidami was an unlawful user of and/or addicted to marijuana, a Schedule 1 controlled substance.

12. Under these circumstances, the Defendant Firearm is subject to forfeiture because it was involved in a knowing violation of 18 U.S.C. § 922(g)(3).

*Notice to Any Potential Claimants*

YOU ARE HEREBY NOTIFIED that if you assert an interest in Defendant Firearm which is subject to forfeiture and want to contest the forfeiture, you must file a verified claim which fulfills the requirements set forth in Rule G of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions.  A verified claim must be filed no later than thirty-five (35) days from the date this Complaint has been sent in accordance with Rule G(4)(b).

An answer or motion under Rule 12 of the Federal Rules of Civil Procedure must be filed no later than twenty-one (21) days after filing the claim.  The claim and answer must be filed with the United States District Clerk for the Southern District of Texas at United States Courthouse, 515 Rusk Avenue, Houston, Texas 77002, and a copy must be served upon the undersigned Assistant United States Attorney at United States Attorney's Office, 1000 Louisiana Suite 2300, Houston, Texas 77002.

*Prayer*

Wherefore, the United States of America prays that judgment of forfeiture be entered against the Defendant Firearm in favor of the United States of America under 18 U.S.C. § 924(d)(1) in addition to such costs and other relief to which the United States of America may be entitled.

Respectfully submitted,

Ryan K. Patrick
United States Attorney

By:   s/Abe Martinez
Abe Martinez
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, TX 77002
(713) 567-9349 (office)
(832) 530-0459 (cell)
abe.martinez@usdoj.gov

*Verification*

I, Matthew E. Buchert, a Special Agent employed by the United States Drug Enforcement Administration ("DEA"), hereby verify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the facts set forth in the foregoing Complaint for Forfeiture in Rem are based upon either personal knowledge or from information, reports, or records obtained during investigation and from other law enforcement personnel, and are true and correct to the best of my knowledge and belief.

Executed on the __20__ day of March, 2018.

Matthew E. Buchert
Special Agent
U.S. Drug Enforcement Administration